# THE LAW OFFICE OF
# ELISA HYMAN, P.C.

January 14, 2021

**BY ECF**
Honorable Robert W. Lehrburger
United States District Court - Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/14/2021
```

      Re:  *D.A., et al. v. New York City Department of Education, et al.*,
           20-cv-5175 (JMF) (RWL)

Dear Judge Lehrburger:

    I represent the Plaintiffs in the above-referenced case, an action, *inter alia*, pursuant to the Individuals with Disabilities Education Improvement Act, 20 U.S.C. § 1400 *et seq*. I am writing to respectfully request a thirty-day adjournment of the initial conference currently scheduled for January 21, 2021, and the corresponding Case Management Plan ("CMP"), currently due today. Counsel for Defendants, Copatrick Thomas, consents to this adjournment request.

    The reason for the requested adjournment is that my colleague, Plaintiffs' attorney who is assigned to handle this case, recently went out on emergency medical leave. At this time, we are not sure when he will be returning to work. Moreover, the parties seek additional time to allow us to engage in settlement discussions, and we may need to informally exchange documents necessary for any such settlement discussions, before crafting any Case Management Plan.

    Thank you for Your Honor's consideration of the above request.

Respectfully Submitted,

*Erin O'Connor*

Erin O'Connor, Esq., Of Counsel
The Law Office of Elisa Hyman, P.C.
Counsel for the Plaintiffs

Granted. No further extensions.

SO ORDERED:
1/14/2021
HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Cc:    Copatrick Thomas, Esq.
        Assistant Corporation Counsel (via ECF)

1115 BROADWAY, 12TH FL.                      42 WEST 24th STREET, 2ND FLOOR
NEW YORK, NY 10010                            NEW YORK, NY 10010
WWW.SPECIALEDLAWYER.COM