```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
D.A. et al.,                                                :
                                                            :         20-CV-5175 (JMF) (RWL)
                                Plaintiffs,                 :
                                                            :         ORDER
        - against -                                         :
                                                            :
NEW YORK CITY DEPARTMENT OF                                 :
EDUCATION et al.,                                           :
                                                            :
                                Defendants.                 :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/22/2021

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

As discussed at the initial pretrial conference on February 22, 2021, by **March 8, 2021**, Defendants shall assess the extent to which they believe the alleged systemic issues in this case do or do not overlap with the *M.G.* class action.  The parties shall then meet and confer on that issue as well as whether any non-overlapping systemic issues should be asserted in *M.G.* or some other class action.  By **March 15, 2021**, the parties shall submit a joint letter of no more than 5 pages setting forth their positions.  The Court will then schedule a conference if deemed necessary.  In the meantime, non-systemic discovery related specifically to Plaintiffs' case shall go forward.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: February 22, 2021
       New York, New York

Copies transmitted this date to all counsel of record.