```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/14/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
D.A., et al.,

                Plaintiffs,

     - against -

NEW YORK CITY DEPARTMENT OF
EDUCATION, et al.,

                Defendants.
-------------------------------------------------------------X

20-CV-5175 (JMF) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      Pursuant to Dkt. 42, the parties were due to report on status of settlement negotiations by May 31, 2021.  No status report appears on the docket.  Accordingly, the parties shall file the status report by **June 21, 2021**.

                              SO ORDERED.

                              _____
                              ROBERT W. LEHRBURGER
                              UNITED STATES MAGISTRATE JUDGE

Dated: June 14, 2021
        New York, New York

Copies transmitted this date to all counsel of record.