```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
D.A., et al.,                                               :
                                                            :      20-CV-5175 (JMF) (RWL)
                                Plaintiffs,                 :
                                                            :
                - against -                                 :      ORDER
                                                            :
New York City Department of Education, et al.               :
                                                            :
                                Defendants.                 :
                                                            :
------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

    Discovery in this matter was stayed until December 22, 2021, and Defendants' time to Answer the Second Amended Complaint was adjourned *sine die* while the parties engaged in settlement discussions. (Dkt. 53.) Several months have passed without any update from the parties. Accordingly, by **March 11, 2022**, the parties shall file a joint status report advising the Court on the parties' progress regarding settlement. If the parties believe they cannot resolve the matter through settlement, they shall provide the Court with a revised proposed discovery schedule.

                          SO ORDERED.

                          _____
                          ROBERT W. LEHRBURGER
                          UNITED STATES MAGISTRATE JUDGE

Dated: March 4, 2022
       New York, New York

Copies transmitted this date to all counsel of record.