UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
D.A., et al.,

                        Plaintiffs,

        - against -

NEW YORK CITY DEPARTMENT OF
EDUCATION, et al.

                       Defendants.
------------------------------------------------------------X

20-CV-5175 (JMF) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

As discussed at the conference held on January 25, 2023, and as supplemented herein:

1. By **February 8, 2023**, Defendant shall submit its request for authorization regarding attorney's fees to the Comptroller's office. By **February 22, 2023**, the Comptroller shall review and consider the matter internally and provide authorization to counsel.

2. Defense counsel and Plaintiff shall meet and confer to discuss settlement proposals and continue settlement discussions.  Given the history of this case, settlement discussions should proceed expeditiously with the goal of finalizing agreement, if there is to be one, by **March 15, 2023**.

3. The Court will set a date for a second settlement conference.  It is the Court's hope that the parties will be able negotiate a resolution without further aid of the Court. The second conference will be held in the event that does not happen.

1

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: January 25, 2023
        New York, New York

Copies transmitted this date to all counsel of record.