UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
D.A. et al.,                                                      :
:
                Plaintiffs,                    :    20-CV-5175 (JMF)
:
      -v-                                                        :    REVISED
:    SCHEDULING ORDER
NEW YORK CITY DEPARTMENT OF EDUCATION   :
et al.,                                                           :
:
                Defendants.                    :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      IT IS HEREBY ORDERED that the conference in this matter, previously scheduled for **June 7, 2023**, at **9:00 a.m.**, is ADJOURNED *sine die*. The Court will wait to see the parties' upcoming status report, *see* ECF No. 80, before deciding whether to set a new date and time for the conference.

      SO ORDERED.

Dated: May 30, 2023
       New York, New York
                                              JESSE M. FURMAN
                                        United States District Judge