# THE LAW OFFICE OF
# ELISA HYMAN, P.C.

June 12, 2023

*BY email: Lehrburger_NYSDChambers@nysd.uscourts.gov*
Honorable Robert W. Lehrburger
United States District Court - Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/12/2023
```

        Re:   *D.A., et al. v. New York City Department of Education, et al.*,
              20-cv-5175 (JMF) (RWL)

Dear Judge Lehrburger:

    I represent the Plaintiffs in the above-referenced case and am writing to respectfully request an extension of time until Friday, June 16, 2023, to submit the status letter on settlement. Erin OConner's sister died suddenly at the end of last week; she was assisting on this case and we have had to cover her other matters. She will be out for this week.

    Thank you for Your Honor's consideration of the above request.

                                           Respectfully Submitted,

                                           /s

                                           _____
                                           Elisa Hyman, Esq.
                                           The Law Office of Elisa Hyman, P.C.
                                           Counsel for the Plaintiffs

---

Extension granted. The Court extends its condolences to Ms. O'Conner and her family.

SO ORDERED: *[signature]*
6/12/2023

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

1115 BROADWAY, 12TH FL.                       42 WEST 24TH STREET, 2ND FLOOR
NEW YORK, NY 10010                                  NEW YORK, NY 10010
WWW.SPECIALEDLAWYER.COM