USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/22/2024

THE LAW OFFICE OF
ELISA HYMAN, P.C.

February 22, 2024

BY email: Lehrburger_NYSDChambers@nysd.uscourts.gov
Honorable Robert W. Lehrburger
United States District Court - Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

Extension granted.

SO ORDERED:

2/22/2024  /s/

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Re: *D.A., et al. v. New York City Department of Education, et al.*,
20-cv-5175 (JMF) (RWL)

Dear Judge Lehrburger:

I represent the Plaintiffs in the above-referenced case and am writing jointly on behalf of both parties to respectfully request an extension of time until Tuesday, February 27, 2024, to submit our *ex-parte* letters for the settlement conference scheduled for February 29, 2024 (ECF No. 100). The parties are still in discussions and would like to clarify a few issues before submitting our letters. In addition, Mr. Thayer's liaison at the DOE is out of the office until Monday, February 26, 2024 since the DOE has mid-winter break this week.

Further, while the conference is scheduled as an attorneys' only settlement conference, the parties are jointly and respectfully requesting that the conference be used to identify matters in Defendants' January 2024 proposal requiring further negotiation, especially in light of the number of school years already involved and the history of negotiations between Plaintiffs and prior counsel. Further, since the student's current stay-put placement is in effect based on the pendency of this action, the parties are discussing how, if at all, the case now implicates the 2023-2024 school year, which has not yet been negotiated.

Thank you for Your Honor's consideration of the above request.

Respectfully Submitted,

/s/

_____
Elisa Hyman, Esq.
Counsel for the Plaintiffs

cc:  Attorneys of Record
     (via ECF)

1115 BROADWAY, 12TH FLOOR
NEW YORK, NY 10001

40 WEST 24TH STREET
NEW YORK NY 10010

WWW.SPECIALEDLAWYER.COM