```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/29/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
D.A., et al.,

                      Plaintiffs,

        - against -

NEW YORK CITY DEPARTMENT OF
EDUCATION, et al.

                    Defendants.
------------------------------------------------------------X

20-CV-5175 (AS) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

As discussed at the settlement conference held on February 29, 2024:

1. By March 28, 2024, the parties shall file a status report as to their proposal for proceeding with respect to (a) resolving the case through the administrative mediation and/or due process procedure, (b) resuming settlement discussions with the Court regarding terms previously discussed for settlement, (c) or otherwise moving the case forward.

2. The case is hereby STAYED until August 30, 2024, except for settlement efforts, unless lifted by the Court at an earlier date. Absent a request from the parties, the stay will lift automatically as of August 31, 2024.

1

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: February 29, 2024
New York, New York

Copies transmitted this date to all counsel of record.