

**THE CITY OF NEW YORK**

**LAW DEPARTMENT**

100 CHURCH STREET
NEW YORK, NY 10007

HON. SYLVIA O. HINDS-RADIX
*Corporation Counsel*

DAVID S. THAYER
*Assistant Corporation Counsel*
t: (212) 356-2649
f: (212) 356-1148
e: dthayer@law.nyc.gov

May 13, 2024

*Via ECF*

The Honorable Robert W. Lehrburger
United States District Court for the
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:  **D.A., *et al.* v. N.Y.C. Dep't of Educ., *et al.***
            **No. 20 CV 5175 (AS)(RWL)**

Dear Magistrate Judge Lehrburger:

      I am an Assistant Corporation Counsel at the Office of the Corporation Counsel of the City of New York, the Honorable Sylvia O. Hinds-Radix, attorney for the Defendants in the above-referenced action. I write this letter jointly with Plaintiffs' counsel to respectfully request an additional week for the parties to provide the Court with a further status update in this action, as proposed in the parties' April 12, 2024 letter, (ECF No. 106).

      The parties' counsel were both on vacation last week, and my attorney-liaison at the New York City Department of Education is on vacation this week. I have also been informed that Plaintiffs' counsel is presently ill. These circumstances have prevented the parties from meaningfully conferring in advance of filing a status letter with the Court. An additional week will afford the parties adequate time to do so.

      The requested one-week extension would move the deadline to provide a status letter from today to May 20, 2024. This is the parties' first request for an extension of time by which to submit this status letter.

The parties thank the Court for its consideration of this matter.

Respectfully yours,

/s/ David S. Thayer

David S. Thayer

cc: **Via ECF**
All counsel of record

Granted.

SO ORDERED:

05/14/2024

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE