

**THE CITY OF NEW YORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

MURIEL GOODE-TRUFANT
*Acting Corporation Counsel*

DAVID S. THAYER
*Assistant Corporation Counsel*
t: (212) 356-2649
f: (212) 356-1148
e: dthayer@law.nyc.gov

June 20, 2024

*Via ECF*

The Honorable Robert W. Lehrburger
United States District Court for the
Southern District of New York
500 Pearl Street
New York, NY 10007

     Re: <u>**D.A.**, *et al.* **v. N.Y.C. Dep't of Educ.**, *et al.*</u>, No. 20 CV 5175 (AS)(RWL)

Dear Magistrate Judge Lehrburger:

  I am an Assistant Corporation Counsel at the office of the Acting Corporation Counsel of the City of New York, Muriel Goode-Trufant, attorney for the Defendants in the above-referenced action. With Plaintiffs' consent, I write this letter to respectfully request an additional week for the parties to provide the Court with a further status update in this action. The requested extension is due to the fact that I am out-of-state and out of the office until June 25, 2024, and the parties thus have not had an opportunity to confer substantively in advance of submitting an update.

  The requested one-week extension would move the deadline to provide a status letter from today to June 27, 2024. This is the Defendants' first request for an extension of time by which to submit this status letter.

  I thank the Court for its consideration of this application.

            Respectfully yours,

            /s/ David S. Thayer

            David S. Thayer

cc: ***Via ECF***
    All counsel of record

Granted.

SO ORDERED:

06/20/2024

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

2