

| | THE CITY OF NEW YORK | |
|---|---|---|
| **MURIEL GOODE-TRUFANT**<br>*Acting Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **DAVID S. THAYER**<br>*Assistant Corporation Counsel*<br>t: (212) 356-2649<br>f: (212) 356-1148<br>e: dthayer@law.nyc.gov |

September 10, 2024

*Via ECF*

The Honorable Robert W. Lehrburger
United States District Court for the
Southern District of New York
500 Pearl Street
New York, NY 10007

Granted.
SO ORDERED:
9/11/2024
HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Re:  **D.A., *et al.* v. N.Y.C. Dep't of Educ., *et al.***
     **No. 20 CV 5175 (AS)(RWL)**

Dear Magistrate Judge Lehrburger:

  I am an Assistant Corporation Counsel in the office of the Acting Corporation Counsel of the City of New York, Muriel Goode-Trufant, attorney for the Defendants in the above-referenced action. I write this letter with the consent of Plaintiffs' counsel to respectfully request an additional week for the parties to provide the Court with a status update and proposed schedule in this action.

  On September 3, 2024, the Court ordered that the parties file the aforementioned documents in light of the fact that the parties did not file a status update on July 29, 2024. Firstly, I apologize to the Court for this inadvertent oversight by the parties which was caused in part by an illness on my part. In light of the Court's recent order, however, I reached out to Plaintiffs' counsel to find a time at which we, along with my colleague at the New York City Department of Education, could meet and confer to discuss the future of this action. However, due in part to the volume of matters that arise at the beginning of the school year and the related pace of appearances, the parties have not been able to confer, though they are scheduling time to do so later this week. An additional week will afford the parties adequate time to do so and thereafter provide the Court with an appropriate account of the status of this case.

  The requested one-week extension would move the deadline to provide a status letter from today to September 17, 2024. This is the Defendants' first request for an extension of

time by which to submit this status letter. As noted, Plaintiffs' counsel has graciously consented to this request.

    The parties thank the Court for its consideration of this application.

                     Respectfully yours,

                     /s/ David S. Thayer

                     David S. Thayer

cc:  ***Via ECF***
   All counsel of record