UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| D.A., et al.,<br><br>                    Plaintiffs,<br><br>-against-<br><br>New York City Department of Education, et al.,<br><br>                    Defendants. | 20-cv-5175 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

    According to the Court's records, the parties were due to update the court on the status of settlement negotiations on September 26, 2025. To date, no update has been filed. As a courtesy, the deadline for the parties to submit a status update will be extended *nunc pro tunc* to October 8, 2025.

SO ORDERED.

Dated: October 7, 2025
       New York, New York

                                            ARUN SUBRAMANIAN
                                            United States District Judge