

Granted.

SO ORDERED:

6/22/2026

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

**THE CITY OF NEW YORK**

STEVEN BANKS
*Corporation Counsel*

**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

DAVID S. THAYER
*Assistant Corporation Counsel*
t: (212) 356-2649
f: (212) 356-1148
e: dthayer@law.nyc.gov

June 22, 2026

*Via ECF*

The Honorable Robert W. Lehrburger
United States District Court for the
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: <u>**D.A.**, *et al.* **v. N.Y.C. Dep't of Educ.**, *et al.*</u>, No. 20 CV 5175 (AS)(RWL)

Dear Magistrate Judge Lehrburger:

I am Assistant Corporation Counsel in the Office of the Corporation Counsel of the City of New York, Steven Banks, attorney for the Defendants in the above-referenced action. I write, with the consent of Plaintiffs' counsel, to respectfully request that the parties be permitted to provide a status update in this matter on July 2, 2026.

Unfortunately, shortly after the parties' prior status update, a family member of mine fell gravely ill and passed away. As a result, I have been routinely out of the office, out of State, and not working in any regular capacity, which has delayed my ability to meaningfully discuss this matter with my colleagues at the New York City Department of Education. Additional time is necessary to do so.

This is the Defendants' first request for an extension of the status letter, otherwise due today, and as noted, the requested extension would move the deadline to provide this letter to July 2, 2026. Plaintiffs' counsel has graciously consented to this application.

I thank the Court for its consideration of this matter.

Respectfully yours,

/s/ David S. Thayer

David S. Thayer

cc:     *Via ECF*
        All counsel of record