UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

| | |
|---|---|
| D.A., et al.,<br><br>Plaintiffs,<br><br>- against -<br><br>NEW YORK CITY DEPARTMENT OF EDUCATION, et al.<br><br>Defendants. | 20-CV-5175 (AS) (RWL)<br><br>**ORDER** |

---------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

The parties last filed a joint status update on August 13, 2026 at Dkt. 167, indicating they would file a further status update by September 11, 2026. No further updates have been filed. Accordingly, by **November 25, 2026**, the parties shall file a joint status report.

SO ORDERED.

ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: November 19, 2026
New York, New York

Copies transmitted this date to all counsel of record.